Irving Dinkel, Appellant, v. Brooklyn and Queens Transit Corporation, Respondent.— Action to recover damages for personal injuries and property

damage caused by collision of plaintiff's automobile and defendant's trolley car. Order setting aside verdict and granting new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.